# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2025-0364
Lower Tribunal No. 2020-CA-003972

_____

GEICO GENERAL INSURANCE COMPANY,

Appellant,

v.

PATRICK N. YVARS,

Appellee.

_____

Appeal from the Circuit Court for Orange County.
Heather Pinder Rodriguez, Judge.

December 19, 2025

PER CURIAM.

GEICO General Insurance Company seeks reversal of orders entered in favor of Patrick N. Yvars finding entitlement to, and awarding, attorneys' fees. GEICO argues that this Court's decision in *GEICO General Insurance Company v. Yvars*, 50 Fla. L. Weekly D2267 (Fla. 6th DCA Oct. 17, 2025) ("*GEICO I*"), mandates reversal of those orders. We agree.

In *GEICO I*, this Court reversed and remanded for the trial court to enter an amended final judgment in Yvars's favor in the amount of $20,000.00. *Id.* at D2267.

Because that amount is not "at least 25 percent greater than" Yvars's $25,000.00 Proposal for Settlement, he is not entitled to recover attorneys' fees. § 768.79(1), Fla. Stat. (2020). Accordingly, we reverse the orders finding entitlement to, and awarding, attorneys' fees.

REVERSED and REMANDED.

WHITE, MIZE and KAMOUTSAS, JJ., concur.

Sharon C. Degnan, of Kubicki Draper, Orlando, for Appellant.

Brian J. Lee, of Morgan & Morgan, Jacksonville, for Appellee.

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED